IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR417-1 |
| | : | |
| JOSE LUIS CAN YAT | : | |

The Grand Jury charges:

On or about December 4, 2025, in the County of Guilford, in the Middle District of North Carolina, JOSE LUIS CAN YAT did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in Title 18, United States Code, Section 1114, to wit: D.R., an Immigration and Customs Enforcement deportation officer, while such person was engaged in and on account of the performance of official duties, and where such acts did involve physical contact with the victim of that assault; in violation of Title 18, United States Code, Section 111(a)(1).

DATED: December 15, 2025

DAN BISHOP
United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON